# Court of Appeals
# of the State of Georgia

ATLANTA,  January 07, 2026

*The Court of Appeals hereby passes the following order:*

## A26A0911. SAMUEL MARTINEZ v. STEVE ASTRIN et al.

The trial court entered an order granting defendants Steve Astrin and Steve Astrin Properties, LLC's motion to set aside a default judgment. Plaintiff Samuel Martinez then filed this direct appeal. We, however, lack jurisdiction.

"The *grant* of a motion to set aside a default judgment ... leaves the case pending in the trial court below and is not a final judgment." *Laff Lines, Ltd. v. Dimauro*, 186 Ga. App. 24, 25 (366 SE2d 375) (1988) (emphasis in original); see also *Guy v. Roberson*, 214 Ga. App. 391, 392 (1) (448 SE2d 60) (1994). Thus, Martinez was required to follow the interlocutory appeal procedure outlined in OCGA § 5-6-34 (b), which includes obtaining a certificate of immediate review from the trial court and applying to this Court for permission to appeal the non-final order. See *Guy*, 214 Ga. App. at 392 (1). Accordingly, Martinez's failure to follow the interlocutory appeal procedure deprives this Court of jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  01/07/2026*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*